## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | | |
|---|---|---|
| Jordan Brown, | : | C.A. No. 5:15-CV-02293 |
| *Plaintiff*, | : | |
| | : | |
| Versus | : | Judge Elizabeth E. Foote |
| | : | |
| The Kansas City Southern Railway | : | |
| Company, | : | Magistrate Judge Mark L. Hornsby |
| *Defendant*. | : | |

## ORDER OF DISMISSAL

Considering the foregoing Motion to Dismiss filed jointly by Plaintiff, JORDAN

BROWN, and Defendant, THE KANSAS CITY SOUTHERN RAILWAY COMPANY:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above captioned

proceeding is dismissed with prejudice and with each party to bear their own costs.

SO ORDERED on this the __8th__ day of __March__, 2017, in Shreveport, Louisiana.

_____
U.S. DISTRICT JUDGE
MAGISTRATE